APPLICATION FOR ADMISSION TO PRACTICE

The undersigned attorney hereby applies for admission to practice before the United States District Court for the Southern District of Alabama (check one) _____ Generally, or ___✓___ Pro Hac Vice and submits the following:

1. State:

    (a) Full name: Ronnie G. Penton

    (b) Present business address: 209 Hoppen Place

    (c) Office telephone number and fax number: 985-732-5651; 985-735-5579

    (d) Name of your firm, company or agency: Penton Law Firm

    (e) Last four digits of social security number: 9646

2. State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:
    Mississippi College School - 1978-1981 - Juris Doctorate of Law

3. (a) Are you a member in good standing of the bar of the Supreme Court of Alabama?
    No
    (b) If so, state the month and year you were admitted:

    (c) Are you a member in good standing of the bar of any other state's highest court?
    Yes
    (d) If so, name the state(s) and the month and year you were admitted:
    Louisiana - 1981; Texas - 2006

4. Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:
    Eastern, Western, Middle District of LA; Southern District of TN; NE District of TN; Northern District of Florida; Southern District of Mississippi; Southern District of Texas.

5. Are you regularly engaged in the practice of law in the State of Alabama?
    Not regularly, but on occasion

6. (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis?
    No
    (b) If so, describe fully the circumstances:

7. (a) Do you presently have pending against you any disciplinary charges by any court or bar association?
    No
    (b) If so, describe fully the circumstances:

8. (a) Have you ever been cited for contempt by any federal or state court?
    No
    (b) If so, describe fully the circumstances:

*Rev. 10/07*

9. (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court?
   No
   (b) If so, describe fully the circumstances:

10. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to comport yourself in accordance with it in connection with your practice in this Court?
    Yes

11. Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, and to familiarize yourself therewith prior to filing any case and/or pleadings or appearing before this Court, and to familiarize yourself with the Standing Orders of this Court and the Administrative Rules for Electronic Filing?
    Yes
    (The Standing Orders of this Court and Administrative Rules for Electronic Filing are available for your review in the Clerk's Office or on the web at http://www.als.uscourts.gov/.)

12. I declare under penalty of perjury that the foregoing is true and correct.

    _____
    Applicant

    Date: _____7-21-09_____

Oath of Admission:

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL DEMEAN MY SELF AS AN ATTORNEY, ACCORDING TO THE BEST OF MY LEARNING AND ABILITY, AND WITH ALL GOOD FIDELITY, AS WELL TO THE COURT AS TO THE CLIENT; THAT I WILL USE NO FALSEHOOD OR DELAY ANY PERSON'S CAUSE FOR LUCRE OR MALICE, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE STATE OF ALABAMA AND OF THE UNITED STATES, SO LONG AS I CONTINUE A CITIZEN THEREOF, SO HELP ME GOD.

_____
Signature of Attorney

## MOTION FOR GENERAL ADMISSION
(Not required for Pro Hac Vice admission)

*The undersigned _____, a member of the bar of the United States District Court for the Southern District of Alabama, hereby moves that the foregoing applicant be admitted to practice as an attorney of this Court this _____ day of _____, 20_____.

_____
Signature of Movant

*NOTE: MOVANT MUST APPEAR WITH APPLICANT AT TIME OF ADMISSION.

*Rev. 10/07*